JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAY,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES, a public entity; DOES 1 through 50, inclusive,<br><br>         Defendants. | CASE NO. 2:24-cv-08834 CV (SSCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1

On October 31, 2025 and December 2, 2025, the parties filed stipulations to dismiss the entire above-entitled action against Defendants City of Los Angeles and County of Los Angeles with Prejudice ("Stipulations"). Doc. ## 36, 37. The Court, having reviewed the Stipulations and good cause having been found, hereby GRANTS the Stipulations and ORDERS that this action against Defendants City of Los Angeles and County of Los Angeles is DISMISSED in its entirety, with prejudice. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:   12/8/25

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITIED STATES DISTRICT JUDGE